# United States District Court

## For The
## Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
2/07/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

UNITED STATES OF AMERICA,   )
                            )
      Plaintiff,         )    Case No. CR 24-00699-JFW
                            )    **\*AMENDED**
      v.                 )    **SUMMONS TO APPEAR**
                            )
PHILLIPS 66 COMPANY,        )
                            )
      Defendant.         )
_____

**TO:**   Phillips 66 Company
       c/o Ariel A. Neuman, Esquire
       Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
       1875 Century Park East, 23rd Floor
       Los Angeles, Calif., 90067-2561

You are hereby summoned to appear before the United States District Court for the Central District of California in the Roybal Federal Building, 255 East Temple Street, Los Angeles, in Courtroom 640 before the Honorable __Duty Magistrate Judge__ on __*May 15, 2025__ at __1:00 p.m.__ to answer to an __Indictment__ charging you with violating SEE ATTACHED.

Dated: February 6, 2025      CLERK OF COURT, U.S. DISTRICT COURT

cc: Ariel A. Neuman, Esq.

*/s/ Brian D. Karth*

BRIAN D. KARTH

**R E T U R N**

This summons was received by me at __Los Angeles, CA__ on __February 6, 2025__

_____
Phillips 66 Company, Defendant
Received by Ariel A. Neuman

Case 2:24-cr-00699-JFW     Document 15     Filed 02/07/25     Page 3 of 3     Page ID #:52