Ariel A. Neuman (SBN: 241594)
Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Tel: (310) 201-2100 / Fax: (310) 210-2110

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:24-CR-00699-JFW |
| v. Phillips 66 Company | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Ariel A. Neuman _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

May 14, 2025
Date

[Signature]
Defendant's Signature   Managing Counsel, Phillips 66

Houston, Texas
City and State

### APPEARANCE OF COUNSEL

I, Ariel A. Neuman _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

5/14/2025
Date

241594
California State Bar Number

/s/ Ariel A. Neuman, Counsel for Phillips 66 Company
Attorney's Signature

1875 Century Park East, 23rd Floor
Street Address

Los Angeles, CA 90067
City, State, Zip Code

(310) 201-2100
Telephone Number

(310) 201-2110
Fax Number

aneuman@birdmarella.com
E-mail Address

CR-14 (01/07)          DESIGNATION AND APPEARANCE OF COUNSEL