Ariel A. Neuman (SBN 241594)
    aneuman@birdmarella.com
Monique M. Candiff (SBN 340315)
    mcandiff@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS &
NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Nadira Clarke (*pro hac vice admitte*d)
    Nadira.clarke@hoganlovells.com
HOGAN LOVELLS US LLP
Columbia Square,
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5600

Lily N. Chinn (SBN 203173)
    lily.chinn@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Defendant Phillips 66
Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Phillips 66 Company,<br><br>        Defendant. | CASE NO. 2:24-CR-00699-JFW<br><br>**STIPULATION TO VACATE PRE-TRIAL DEADLINES IN LIGHT OF SETTLEMENT**<br><br>Assigned to Hon. John F. Walter<br>Courtroom 7A |

Plaintiff United States of America and Defendant Phillips 66 Company, by and through their respective counsel of record, hereby inform the Court that the parties have reached an agreement to settle this matter. The parties are currently exchanging drafts of the documents necessary to document and effectuate the agreed-upon settlement, and approval from Phillip 66 Company's corporate leadership will be necessary once counsel agree on the drafts. The parties expect and

4107060.2

1   intend to finalize the requisite settlement documents by no later than January 16,

2   2025 and file them immediately thereafter, and are working jointly in good faith

3   towards that end.

4          Accordingly, the parties stipulate and respectfully request that the Court

5   vacate the pre-trial deadlines in this case so the parties can focus their efforts on

6   finalizing the settlement paperwork.  The parties fully expect to settle this matter on

7   the agreed-upon terms and will promptly inform the Court should such expectation

8   change.

9

10   DATED:  December 26, 2025          Respectfully submitted,

11                                      Ariel A. Neuman

12                                      Monique M. Candiff
                                        BIRD, MARELLA, RHOW,
13                                      LINCENBERG, DROOKS & NESSIM, LLP

14
                                        Nadira Clarke
15                                      Lily N. Chinn

16                                      HOGAN LOVELLS US LLP

17

18                                      By:    /s/ Ariel A. Neuman

19                                                 Ariel A. Neuman
                                            Attorneys for Defendant Phillips 66
20                                          Company

21

22

23

24

25

26

27

28

1  DATED:  December 25, 2025       Juan M. Rodriguez
2                                  Laura A. Alexander
                                   Dennis Mitchell
3                                  Assistant United States Attorneys

4

5

6                                  By:  _Juan M. Rodriguez_____
7                                            Juan M. Rodriguez
                                   Attorneys for Plaintiff
8                                  UNITED STATES OF AMERICA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4107060.2

STIPULATION TO VACATE PRE-TRIAL DEADLINES IN LIGHT OF SETTLEMENT

1

## ATTORNEY ATTESTATION

2      Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other

3   signatories listed above, on whose behalf the filing is submitted, concur in the

4   filing's content and have authorized the filing.

5

6   DATED:  December 26, 2025          Bird, Marella, Rhow,
                                        Lincenberg, Drooks & Nessim, LLP
7

8

9                                       By:      _/s/ Ariel A. Neuman_

10                                               Ariel A. Neuman
                                         Attorneys for Defendant Phillips 66
11                                       Company

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4107060.2

STIPULATION TO VACATE PRE-TRIAL DEADLINES IN LIGHT OF SETTLEMENT