
```
 1  TODD BLANCHE
    Deputy Attorney General
 2  BILAL A. ESSAYLI
    First Assistant United States Attorney
 3  ALEXANDER B. SCHWAB
    Assistant United States Attorney
 4  Acting Chief, Criminal Division
    DENNIS MITCHELL (Cal. Bar No. 116039)
 5  Assistant United States Attorney
    Deputy Chief, Environmental Crimes and
 6  Consumer Protection Section
    JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
 7  LAURA A. ALEXANDER (Cal. Bar No. 313212)
    Assistant United States Attorneys
 8  Public Corruption and Civil Rights Section
         1100/1400 United States Courthouse
 9       312 North Spring Street
         Los Angeles, California 90012
10       Telephone: (213) 894-2484/0304/1019
         E-mail:    dennis.mitchell@usdoj.gov
11                  juan.rodriguez@usdoj.gov
                    laura.alexander@usdoj.gov
12

13  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-699-JFW |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| PHILLIPS 66 COMPANY, | **TRIAL DATE: [4-17-29]** |
| Defendant. | **STATUS CONF: [3-27-29]** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 20, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into

1  this Order, demonstrates facts that support a continuance of the
2  trial date in this matter, and provides good cause for a finding of
3  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
4       The Court further finds that: (i) the ends of justice served by
5  the continuance outweigh the best interest of the public and
6  defendant in a speedy trial; (ii) failure to grant the continuance
7  would be likely to make a continuation of the proceeding impossible,
8  or result in a miscarriage of justice; and (iii) the parties have
9  entered into and filed a deferred prosecution agreement, and the
10 proposed excludable time period is necessary to allow defendant to
11 demonstrate its good conduct.
12      THEREFORE, FOR GOOD CAUSE SHOWN:
13      1.   The trial in this matter is continued from February 17,
14 2026, to **April 17, 2029 at 8:30 a.m.**  The status conference hearing
15 is continued to **March 27, 2029 at 8:00 a.m.**
16      2.   The time period of February 17, 2026, to April 17, 2029,
17 inclusive, is excluded in computing the time within which the trial
18 must commence, pursuant to 18 U.S.C. §§ 33161(h)(7)(A), (h)(7)(B)(i),
19 (B)(iv), and (h)(2).  Defendant's authorized representative shall
20 appear in Courtroom 7B of the Federal Courthouse, 350 W. 1st Street,
21 Los Angeles, California on April 17, 2029, at 8:00 a.m.
22      3.   Nothing in this Order shall preclude a finding that other
23 provisions of the Speedy Trial Act dictate that additional time
24 periods are excluded from the period within which trial must
25 commence.  Moreover, the same provisions and/or other provisions of
26 the Speedy Trial Act may in the future authorize the exclusion of
27
28

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

January 21, 2026
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

cc: USPO/PSA

Presented by:

/s/
JUAN M. RODRIGUEZ
Assistant United States Attorney

3