**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Phillips 66 Company,<br><br>        Defendant. | CASE NO. 2:24-CR-00699-JFW<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ACCEPT PAYMENT FROM DEFENDANT PHILLIPS 66 COMPANY**<br><br>Assigned to Hon. John F. Walter<br>Courtroom 7A |

Having considered the parties' stipulation, the clerk of the court is hereby ordered to accept payment from Defendant Phillips 66 Company of the following payments as agreed to in the Deferred Prosecution Agreement (Dkt. #28): a fine of $8,000,000 and a restitution payment of $28,572.05.  To the extent feasible, the clerk of the court may accept payments of these amounts via wire.  Upon receipt, the clerk of the court shall notify the parties in writing that payment has been received and accepted.

**IT IS SO ORDERED.**

DATED:  January 23, 2026

_____
HON. JOHN F. WALTER
United States District Judge

cc: USPO/PSA; Fiscal

ORDER DIRECTING CLERK OF THE COURT TO ACCEPT PAYMENT FROM DEFENDANT PHILLIPS 66 COMPANY